UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VAKEATON QUAMAR WAFER,

                    Plaintiff,

-against-

NATIONAL BASKETBALL ASSOCIATION,

                    Defendant.

25-CV-8910 (AS)

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff, who is proceeding *pro se*, brings this action under the Americans with Disabilities Act of 1990 ("ADA"), alleging that the National Basketball Association ("NBA") discriminated against him based on his disability. Plaintiff filed this action in the United States District Court for the Northern District of Florida. *See Wafer v. Nat'l Basketball Assoc.*, No. 25-CV-0216 (N.D. Fla. Oct. 27, 2025). That court transferred the action here because it determined that venue was proper in the Southern District of New York. (ECF 23.)

      By order dated September 16, 2025, the Northern District of Florida granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (ECF 14.) Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

. . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant NBA through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the NBA. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the NBA.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendant, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is directed to mail an information package to

Plaintiff. Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[2]

SO ORDERED.

Dated:   November 13, 2025
         New York, New York

                                      ARUN SUBRAMANIAN
                                     United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

**SERVICE ADDRESS FOR DEFENDANT**

National Basketball Association
645 5th Avenue
New York, NY 10022