

Proskauer Rose LLP    Eleven Times Square    New York, NY 10036-8299

February 26, 2026

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By ECF**

The Honorable Arun Subramanian
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:     ***Wafer v. National Basketball Association*, Case No. 25-cv-08910-AS**

Dear Judge Subramanian:

We represent Defendant National Basketball Association ("Defendant" or the "NBA") in the above-referenced matter and write with regard to the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order, which are due today.

On February 20, 2026, the NBA filed a letter-motion requesting: (i) to adjourn the March 5, 2026 conference pending resolution of its anticipated motion to dismiss, which is currently due March 9, 2026; and (ii) that if the March 5 Initial Pretrial Conference was not adjourned, that the parties be relieved of their obligation to submit a proposed Case Management Plan and Scheduling Order in light of the NBA's forthcoming motion to dismiss.  (Dkt. 39.)  The Court has not yet ruled on that request.

In light of the foregoing, on February 25, 2026, defense counsel sent Plaintiff a draft of the joint letter (*see* Exhibit A, attached hereto) setting forth Defendant's position and noting those sections where Plaintiff needed to insert his position.  The draft joint letter also set forth Defendant's position with respect to the proposed Case Management Plan and Scheduling Order.

As of the filing of this letter, we have not received a response from Plaintiff; we understand, based on prior his prior representations, that he may not have access to his phone and/or email.

We are, nonetheless, submitting the draft of the joint letter that we shared with Plaintiff in an effort to comply with Your Honor's directives.  If we hear from Plaintiff prior to the presently scheduled March 5 conference, we will submit a revised joint letter.

We thank Your Honor for your attention to this matter.

Boca Raton | Boston | Charlotte | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

Proskauer »

Hon. Arun Subramanian
February 26, 2026
Page 2

Respectfully submitted,

/s/ Elise M. Bloom

Elise M. Bloom

Attachment

cc:    All Counsel of Record (by ECF)
       Plaintiff Vakeaton Quamar Wafer (by ECF)

SO ORDERED. The conference is adjourned. Counsel should continue to try to contact and work with plaintiff to determine if a mutually acceptable case management plan can be entered in this case.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 39.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 2, 2026